HOUGHTON *v.* STARR, 4 Wend. 175.

### Dismissal of Writ of Error.

IN this case, the defendant brought a writ of error for several defects in the record. 1. The *verdict was defective ;* the damages found by the jury exceeding the damages laid in the declaration. 2. The judgment was entered for the damages and costs *only* in an action of *debt*, thus giving damages and costs, where no *debt* was found. 3. The judgment was *general* against the defendant instead of *special*, by exempting him from imprisonment, after a *plea* of an insolvent discharge *confessed* by plaintiff; but

The Court of Errors *dismissed* the writ of error, *with costs,* on the ground that the party might have obtained relief in the Court below, if he had sought it there.

And this, although it was shown that after the entry of the judgment, and before the suing out of the writ of error, the defendant below, applied to the Supreme Court to *set aside* the proceedings of the plaintiff for *irregularity ;* but it did not appear that he had asked for a correction of the *specific error*, relied on for a reversal of the judgment.